UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KRISTI SEYMOUR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:14-CV-144-PLR-HBG |
| | ) |
| RENAISSANCE HEALTHCARE GROUP, LLC, | ) |
| d/b/a PASADENA VILLA'S SMOKY | ) |
| MOUNTAIN LODGE, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion filed contemporaneously herewith, it is **ORDERED** that the Defendant's motion to enforce settlement agreement is **GRANTED**, and Plaintiff's claims against Defendant are **DISMISSED**, **with prejudice.**

Defendant shall submit its motion for attorney's fees within **thirty (30) days.**

Enter:

_s/ Pamela L. Reeves_
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
CLERK OF COURT