IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| KRISTI SEYMOUR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 3:14-cv-144-PLR-HBG |
| | ) |
| RENAISSANCE HEALTHCARE GROUP, | ) |
| LLC, d/b/a PASADENA VILLA'S SMOKY | ) |
| MOUNTAIN LODGE, | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL**

The parties hereby jointly notify the Court that they have resolved by agreement all issues raised by Defendant's Motion for Attorneys' Fees. Accordingly, the parties hereby represent that no issues remain in this matter for adjudication and stipulate to the dismissal and closure of this action.

Jointly submitted, this 16th day of July, 2015.

**FOR PLAINTIFF:**

/s/ Thomas M. Leveille
Thomas M. Leveille
TN Bar No.: 014395
Tarpy, Cox, Fleishman & Leveille, P.C.
Landmark Tower North
1111 Northshore Drive
Suite N-290
Knoxville, Tennessee 37919
T: (865) 588-1096
F: (865) 588-1171

**FOR DEFENDANT:**

/s/ Adriana Midence Scott
Adriana Midence Scott
GA Bar No.: 142298
Jackson Lewis P.C.
1155 Peachtree Street, N.E.
Suite 1000
Atlanta, Georgia 30309
T: (404) 525-8200
F: (404) 525-1173

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Thomas M. Leveille (TN Bar No. 014395)
>TARPY, COX, FLEISHMAN & LEVEILLE, PLLC
>1111 Northshore Drive
>Landmark Tower North, Suite N-290
>Knoxville, TN 37919
>Telephone: (865) 588-1096
>
>*Counsel for Plaintiff*

/s/ Adriana Midence Scott
Adriana Midence Scott
GA Bar No.: 142298